**United States Bankruptcy Court**
**Central District Of California**

| In re:<br>Michael Herbert Bara | CHAPTER NO.:  7 |
| | CASE NO.: 2:11–bk–24471 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Bankruptcy Rule 1015–2
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2–1]
☑ Statement Regarding Assistance of Non–Attorney with Respect to the Filing of Bankruptcy Case. [Court Manual, section 2–1]
☑ Verification of Creditor Mailing List. [Court Manual, section 2–1]
☑ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent
Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521(a)(2)(A)] within 30 days from filing of your
petition. [Court Manual, section 2–1]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None'**
**marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance
with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: April 4, 2011

**By: Hannah Gae**
**Deputy Clerk**

ccdn – Revised 12/2010

**1 / HGG**