United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 11-24471
Michael Herbert Bara                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: hgaeC              Page 1 of 1             Date Rcvd: Apr 04, 2011
                             Form ID: ccdn             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db          +Michael Herbert Bara,   1200 Esplanade #315,   Redondo Beach, CA 90277-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**                    **Signature:** _Joseph Speetjens_

| United States Bankruptcy Court Central District Of California | |
|---|---|
| In re:<br>Michael Herbert Bara | CHAPTER NO.:  7 |
| | CASE NO.: 2:11–bk–24471 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Bankruptcy Rule 1015–2
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2–1]
☑ Statement Regarding Assistance of Non–Attorney with Respect to the Filing of Bankruptcy Case. [Court Manual, section 2–1]
☑ Verification of Creditor Mailing List. [Court Manual, section 2–1]
☑ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521(a)(2)(A)] within 30 days from filing of your petition. [Court Manual, section 2–1]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

       Chapter 7     Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>April 4, 2011</u>

**By: <u>Hannah Gae</u>**
   **Deputy Clerk**

ccdn – Revised 12/2010                                                                                                          **1 / HGG**