B 201 - Notice of Available Chapters (Rev. 12/08)                    USBC, Central District of California

Name: MICHAEL HERBERT BARA

Address: 1200 ESPLANADE #315, REDONDO BEACH, CA. 90277

Telephone: 424-237-2646          Fax:

☐ Attorney for Debtor
☑ Debtor in Pro Per

**FILED**

**APR 12 2011**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: 2:11-bk-24471 |
|---|---|
| MICHAEL HERBERT BARA | **NOTICE OF AVAILABLE CHAPTERS** (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)    USBC, Central District of California

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.    Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.    **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                          USBC, Central District of California

.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.) (Required by 11 U.S.C. § 110.)

_____

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

MICHAEL HERBERT BARA_____        _____  4/11/2011____
Printed Name(s) of Debtor(s)                          Signature of Debtor          Date

Case No. (if known) 2:11-bk-24471_____        X_____
                                                    Signature of Joint Debtor (if any)    Date

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name   MICHAEL HERBERT BARA

Address   1200 ESPLANADE #315, REDONDO BEACH, CA 90277

Telephone   424-237-2646

☐   Attorney for Debtor(s)
☑   Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: 2:11-bk-24471 |
|---|---|
| MICHAEL HERBERT BARA | Chapter: 7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 1_____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date:  4/11/2011

_____
Debtor

_____          _____
*Attorney (if applicable)*                    *Joint Debtor*

## Master Mailing List of Creditors

CAPITAL ONE BANK USA (NA)
PO Box 60599
City of Industry, CA
91716-0599

CHASE BANK
Cardmember Service
PO Box 15298
Wilmington, DE
19850-5298

HSBC CARD SERVICES
PO Box 60102
City Of Industry, CA
91716-0102

Internal Revenue Service
PO Box 9019
Holtsville, NY
11742-9019

FRANCHISE TAX BOARD
PO Box 942840
Sacramento, CA
94240-0040

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Central District of California

In re  MICHAEL HERBERT BARA                    ,          Case No.  2:11-bk-24471
                            Debtor

                                                          Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0 | | |
| B - Personal Property | YES | 3 | $ 13,109.89 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 165,765.7 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 14,600.92 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,704 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,406 |
| TOTAL | | | $ 13,109.89 | $ 180,366.62 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  MICHAEL HERBERT BARA            ,          Case No.  2:11-bk-24471
                    **Debtor**                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __11__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  4/11/2011                                    Signature: _____
                                                                                    Debtor

Date _____                   Signature: _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____               _____
Printed or Typed Name and Title, if any,                 Social Security No.
of Bankruptcy Petition Preparer                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____            _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                        Signature: _____

                                                                      _____
                                                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Central District of California

In re  MICHAEL HERBERT BARA          ,
               Debtor

Case No.  2:11-bk-24471

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 165,765.7 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0 |
| Student Loan Obligations (from Schedule F) | $ | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0 |
| TOTAL | $ | 165,765.7 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 4,704 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,406 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,704 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 165,765.7 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0 |
| 4. Total from Schedule F | | $ | 14,600.92 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 14,600.92 |

February 2006                                                          2006 USBC Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re MICHAEL HERBERT BARA | CHAPTER: 7 |
| Debtor(s). | CASE NO.: 2:11-bk-24471 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, MICHAEL HERBERT BARA _____, the debtor in this case, declare under penalty
          *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
         *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   4/11/2011 _____      Signature _____
                                               *Debtor*

Date _____      Signature _____
                                             *Joint Debtor (if any)*

Pay Inquiry

Page 1 of 2

New Window | Help | http

# View Paycheck

**Michael Bara**
Hide

Instructions for printing your statement

**Description:**

Northrop Grumman Systems Corp

**Address:**

1840 Century Park East

Los Angeles, CA 90067

| | |
|---|---|
| **Net Pay:** | $2,407.85 |
| **Pay Begin Date:** | 03/12/2011 |
| **Pay End Date:** | 03/25/2011 |
| **Check Date:** | 04/01/2011 |

View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| **Name:** | Michael H Bara | **Business Unit:** | 00091 |
| **Employee ID:** | 235140 | **Pay Group:** | IIS |
| **Address:** | 1200 Esplanade | **Department:** | B4S601 |
| | #315 | **Location:** | Redondo Beach - One Space |
| | Redondo Beach, CA 90277 | **Assigned Shift:** | 1st Shift |
| **MyID** | B70435 | **Pay Rate:** | $54.29        Hourly |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **WA Marital Status:** | Not applicable |
| **Fed Allowances:** | 2 | **WA Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WA Addl Amount:** | $0.00 |

Hide

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 4,343.84 | 4,041.90 | 1,369.86 | 566.13 | 2,407. |
| YTD | 21,719.15 | 20,137.69 | 6,805.04 | 3,008.40 | 11,905. |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | 80.00 | 54.297900 | 4,343.84 | 360.00 | 19,547.24 |
| Employee Life Imputed Inc | | | 6.69 | | 33.45 |
| Paid Time Off | | | | 40.00 | 2,171.91 |
| **Total:** | | | **4,343.84** | | **21,719.15** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 782.05 |
| Fed MED/EE | 62.38 |
| Fed OASDI/EE | 180.71 |
| CA Withholdng | 293.09 |
| CA OASDI/EE | 51.63 |
| **Total:** | **1,369.86** |

Pay Inquiry

Page 2 of 2

2'11 - Bk - 24471

| Before-Tax Deductions | | | After Tax Deductions | | | Employer Paid Benefits | |
|---|---|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD Amount** | **Description** | **Amount** | **YTD Amount** | **Description** | **Amount** |
| Dental - Basic | 6.92 | 55.36 | Legal Plan | 6.35 | 52.51 | | |
| Health Care FSA | | 115.38 | Lng Term Disblty Opt | 26.15 | 215.98 | | |
| Med - Basic | 41.08 | 314.78 | NG SIP Loan | 175.28 | 876.40 | | |
| NGSP Age 50 | 260.63 | 1,129.39 | NG SIP Loan 2 | 49.72 | 248.60 | | |
| | | | | | | * Taxable Total: | |
| **Total:** | **308.63** | **1,614.91** | **Total:** | **257.50** | **1,393.49** | | |

Net Pay Distribution

| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amou** |
|---|---|---|---|---|
| Direct Deposit | 867966 | Checking | 1851785685 | 2,407. |

| Leave Balances | |
|---|---|
| **Description** | **YTD Amount** |
| PTO/Vacation Balance | -20.84 |
| PTO/Vacation Cap | 360.00 |
| PTO/Vacation Rate | 5.54 |
| Holiday | 128.00 |

**Go To:**  Payroll and Compensation Home

New Window | Help | 📰

# View Paycheck

## Michael Bara
Hide

**Instructions for printing your statement**

**Description:**

Northrop Grumman Systems Corp

**Address:**

1840 Century Park East

Los Angeles, CA 90067

| | |
|---|---|
| **Net Pay:** | $2,426.19 |
| **Pay Begin Date:** | 02/26/2011 |
| **Pay End Date:** | 03/11/2011 |
| **Check Date:** | 03/18/2011 |

View a Different Paycheck

### General

| | | | |
|---|---|---|---|
| **Name:** | Michael H Bara | **Business Unit:** | 00091 |
| **Employee ID:** | 235140 | **Pay Group:** | IIS |
| **Address:** | 1200 Esplanade | **Department:** | B4S601 |
| | #315 | **Location:** | Redondo Beach - One Space |
| | Redondo Beach, CA 90277 | **Assigned Shift:** | 1st Shift |
| **MyID** | B70435 | **Pay Rate:** | $54.29        Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **WA Marital Status:** | Not applicable |
| **Fed Allowances:** | 2 | **WA Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WA Addl Amount:** | $0.00 |

Hide

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 4,343.83 | 4,085.33 | 1,386.46 | 531.18 | 2,426. |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 80.00 | 54.297900 | 4,343.83 |
| Employee Life Imputed Inc | | | 6.69 |

| | |
|---|---|
| **Total:** | 4,343.83 |

**Taxes**

| Description | Amou |
|---|---|
| Fed Withholdng | 794. |
| Fed MED/EE | 62. |
| Fed OASDI/EE | 180. |
| CA Withholdng | 297. |
| CA OASDI/EE | 51. |

| | |
|---|---|
| **Total:** | 1,386. |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amou |

| Dental - Basic | 6.92 | Legal Plan | 8.06 |
| Med - Basic | 41.08 | Lng Term Disblty Opt | 32.93 |
| NGSP Age 50 | 217.19 | NG SIP Loan | 175.28 |
| | | NG SIP Loan 2 | 49.72 |

*Taxable

**Total:**          **265.19**  **Total:**          **265.99**  **Total:**

Net Pay Distribution

| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amou** |
|---|---|---|---|---|
| Direct Deposit | 843648 | Checking | 1851785685 | 2,426. |

**Go To:**   Payroll and Compensation Home

2:11-bk-24471-RN

Pay Inquiry Page 1 of 2

~ 2:11 - Bc - 24471-RN

New Window | Help | hElp

# View Paycheck

Michael Bara
Hide

Instructions for printing your statement

**Description:**

Northrop Grumman Systems Corp

**Address:**

1840 Century Park East

Los Angeles, CA 90067

| | |
|---|---|
| **Net Pay:** | $2,362.30 |
| **Pay Begin Date:** | 02/12/2011 |
| **Pay End Date:** | 02/25/2011 |
| **Check Date:** | 03/04/2011 |

View a Different Paycheck

### General

| | | | |
|---|---|---|---|
| **Name:** | Michael H Bara | **Business Unit:** | 00091 |
| **Employee ID:** | 235140 | **Pay Group:** | IIS |
| **Address:** | 1200 Esplanade | **Department:** | B4S601 |
| | #315 | **Location:** | Redondo Beach - One Space |
| | Redondo Beach, CA 90277 | **Assigned Shift:** | 1st Shift |
| **MyID** | B70435 | **Pay Rate:** | $54.29    Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **WA Marital Status:** | Not applicable |
| **Fed Allowances:** | 2 | **WA Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WA Addl Amount:** | $0.00 |

Hide

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 4,343.82 | 4,012.72 | 1,353.73 | 627.79 | 2,362. |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 44.00 | 54.297900 | 2,389.10 |
| Paid Time Off | 36.00 | 54.297900 | 1,954.72 |
| Employee Life Imputed Inc | | | 6.69 |
| **Total:** | | | **4,343.82** |

### Taxes

| Description | Amou |
|---|---|
| Fed Withholdng | 773. |
| Fed MED/EE | 61. |
| Fed OASDI/EE | 177. |
| CA Withholdng | 290. |
| CA OASDI/EE | 50. |
| **Total:** | **1,353.** |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amou** |

| Dental - Basic | 13.84 | Legal Plan | 12.70 |
| Health Care FSA | 38.46 | Lng Term Disblty Opt | 52.30 |
| Med - Basic | 68.30 | NG SIP Loan | 175.28 |
| NGSP Age 50 | 217.19 | NG SIP Loan 2 | 49.72 |

* Taxable

**Total:** 337.79 **Total:** 290.00 **Total:**

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amou |
|---|---|---|---|---|
| Direct Deposit | 817265 | Checking | 1851785685 | 2,362 |

**Go To:** Payroll and Compensation Home

2. 11 - BK - 24471 - RN

New Window | Help | 📧

# View Paycheck

**Michael Bara**
Hide

Instructions for printing your statement

**Description:**

Northrop Grumman Systems Corp

**Address:**

1840 Century Park East

Los Angeles, CA 90067

| | |
|---|---|
| **Net Pay:** | $2,354.67 |
| **Pay Begin Date:** | 01/29/2011 |
| **Pay End Date:** | 02/11/2011 |
| **Check Date:** | 02/18/2011 |

View a Different Paycheck

---

**General**

| | | | |
|---|---|---|---|
| **Name:** | Michael H Bara | **Business Unit:** | 00091 |
| **Employee ID:** | 235140 | **Pay Group:** | IIS |
| **Address:** | 1200 Esplanade | **Department:** | B4S601 |
| | #315 | **Location:** | Redondo Beach - One Space |
| | Redondo Beach, CA 90277 | **Assigned Shift:** | 1st Shift |
| **MyID** | B70435 | **Pay Rate:** | $54.29        Hourly |

---

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **WA Marital Status:** | Not applicable |
| **Fed Allowances:** | 2 | **WA Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **WA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **WA Addl Amount:** | $0.00 |

---

Hide

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net P |
|---|---|---|---|---|---|
| Current | 4,343.83 | 3,998.87 | 1,347.51 | 641.65 | 2,354. |

| Earnings | | | | Taxes | |
|---|---|---|---|---|---|
| **Description** | **Hours** | **Rate** | **Amount** | **Description** | **Amo** |
| Regular Pay | 76.00 | 54.297900 | 4,126.64 | Fed Withholdng | 770. |
| Paid Time Off | 4.00 | 54.297900 | 217.19 | Fed MED/EE | 61. |
| Employee Life Imputed Inc | | | 6.69 | Fed OASDI/EE | 177. |
| | | | | CA Withholdng | 288. |
| | | | | CA OASDI/EE | 50. |

| **Total:** | | | **4,343.83** | **Total:** | **1,347.** |
|---|---|---|---|---|---|

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **Description** | **Amount** | **Description** | **Amo** |

| | | | | |
|---|---|---|---|---|
| Dental - Basic | 13.84 | Legal Plan | 12.70 | |
| Health Care FSA | 38.46 | Lng Term Disblty Opt | 52.30 | |
| Med - Basic | 82.16 | NG SIP Loan | 175.28 | |
| NGSP Age 50 | 217.19 | NG SIP Loan 2 | 49.72 | |

* Taxable

| | | | | |
|---|---|---|---|---|
| **Total:** | **351.65** | **Total:** | **290.00** | **Total:** |

**Net Pay Distribution**

| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amou** |
|---|---|---|---|---|
| Direct Deposit | 792627 | Checking | 1851785685 | 2,354. |

**Go To:**  Payroll and Compensation Home

2:11-BK-24411-RN

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re MICHAEL HERBERT BARA     ,                                    Case No. 2:11-bk-24471
                    Debtor                                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** NONE | **Describe Property Securing Debt:** |

Property will be *(check one)*:
    ☐ Surrendered                    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt                    ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
    ☐ Surrendered                    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                   Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ❑ YES      ❑ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ❑ YES      ❑ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ❑ YES      ❑ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury** that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 4/11/2077                   _____
                                  Signature of Debtor


                                  _____
                                  Signature of Joint Debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    NONE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

_____
Debtor

Dated  4/11/2011 _____

_____
Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**