

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK

Kathleen J. Campbell
Executive Officer

## NOTICE OF DEFICIENCY OF FILING FEES REQUIRED TO
## ADD ADDITIONAL CREDITORS

Date: 4|13|11

Case Number: 11-24471 RN

Debtor's: Bara, Michael Herbert

Document File Date: 4|11|11

This letter is to inform you that a filing recently accepted in our office requires a fee. The Court must collect a $26.00 filing fee whenever creditors are added to the mailing matrix and/or schedules D, E, or F are amended.

Your document has been placed in the court file; however *no new creditor(s) will be added to the list of creditors on the case listed above until after the fee is received in our office.* __The fee is due within 10 days from the date of this letter.__

Please be aware that only parties entered into the Court's case management system will be noticed of future events in the case.

Please send a copy of this notice with proper payment* to:

UNITED STATES BANKRUPTCY COURT
ATTN: INTAKE SUPERVISOR
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

Bankruptcy Court Fees may be paid by:
1. Cash - only accepted if paying in person.
2. U.S. Postal Money Order or Cashier's Check from an acceptable financial institution made payable to the U.S. Bankruptcy Court.
3. The Bankruptcy Court will not accept business or personal checks unless the drawer is an attorney with a valid State of California Bar identification number. Additionally to meet the requirements of the Court, checks must be preprinted with the name, address and telephone number. The SBN must also be on the check.

ou have any question regarding the Court's policies for the payment of this fee and/or the check eptance policy, please contact us at (213) 894-3961

HENJIE FESTEJO

Deputy Clerk