JASON M. RUND, TRUSTEE
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA  90245

Telephone:      (310) 640-1200
Facsimile:      (310) 640-0200

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In Re:

MICHAEL HERBERT BARA,

                                    Debtor.

Case No.: 2:11-24471-RN

11244712

Chapter: 7

NOTICE OF CONTINUED MEETING OF
CREDITORS AND APPEARANCE OF
DEBTOR [11 USC 341(a)]

COUNSEL: PRO SE
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 06/10/11 at 01:30 PM at OFFICE OF THE UNITED STATES TRUSTEE, ERNST & YOUNG PLAZA, 725 S. Figueroa Street, First Floor, Room 102, Los Angeles, CA 90017, for the reason set forth below:

☐ You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, the Trustee will request that the court dismiss the case pursuant to Local Bankruptcy Rule 1017-2(b).

☐ You failed to provide proper picture I.D. and/or original proof of Social Security Number at the 341(a) meeting previously scheduled in your matter.

☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.
   ☐  2 years tax returns         ☐  1 year bank statement         ☐  Other

☐ Amend Schedule A, B, C, D, E, F, G, H, I, J

☐ Amend Statement of Related Cases

☐ Amend Statement of Financial Affairs

☒ Copy of Schedule B for 2009 tax return, copy of 2010 tax return when filed.

Dated:   May 16, 2011

/s/ Jason M. Rund
JASON M. RUND, TRUSTEE

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on May 16, 2011.

MICHAEL HERBERT BARA
1200 ESPLANADE #315
REDONDO BEACH, CA  90277

PRO SE

/s/ Laura Gitnick