United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 11-24471-RN
Michael Herbert Bara                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2            User: smilanoC          Page 1 of 1              Date Rcvd: Aug 02, 2011
                               Form ID: b18            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2011.
db          +Michael Herbert Bara,   1200 Esplanade #315,   Redondo Beach, CA 90277-4952
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QJMRUND.COM Aug 03 2011 05:38:00     Jason M Rund (TR),   Sheridan & Rund,
             840 Apollo Street, Suite 351,   El Segundo, CA 90245-4762
smg          EDI: EDD.COM Aug 03 2011 05:38:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Aug 03 2011 05:38:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,   Sacramento, CA  95812-2952
29013171     EDI: CAPITALONE.COM Aug 03 2011 05:38:00     CAPITAL ONE BANK USA,   PO BOX 60599,
             CITY OF INDUSTRY CA 91716-0599
29138511    +EDI: CHASE.COM Aug 03 2011 05:38:00     CHASE CARD SERVICES,   PO BOX 15298,
             WILMINGTON DE 19850-5298
29013174     EDI: CALTAX.COM Aug 03 2011 05:38:00     FRANCHISE TAX BOARD,   PO BOX 942840,
             SACRAMENTO CA 94240-0040
29013172     EDI: HFC.COM Aug 03 2011 05:38:00     HSBC CARD SERVICES,   PO BOX 60102,
             CITY OF INDUSTRY CA 91716-0102
29013173     EDI: IRS.COM Aug 03 2011 05:38:00     INTERNAL REVENUE SERVICES,   PO BOX 9019,
             HOLTSVILLE NY 11742-9019
                                                                                        TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**                    **Signature:**   _Joseph Speetjens_

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Michael Herbert Bara

**BANKRUPTCY NO.** 2:11–bk–24471–RN

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8372
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 8/2/11

**Address:**
1200 Esplanade #315
Redondo Beach, CA 90277

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: August 2, 2011

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 03/09) VAN–30

15 – 2 / SMZ

B18 (Official Form 18) Cont.
Rev.(12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.